| | |
|---|---|
| 1 | Amy B Briggs (State Bar No. 194028) |
|   | abriggs@fbm.com |
| 2 | Patrick S. Loi (State Bar No. 320602) |
|   | ploi@fbm.com |
| 3 | Farella Braun + Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone:  (415) 954-4400 |
| 5 | Facsimile:  (415) 954-4480 |
| 6 | Attorneys for Plaintiffs |
|   | POST INVESTMENT GROUP LLC, and |
| 7 | POST REAL ESTATE GROUP INC. |
| 8 | Paul S. White (State Bar No. 146989) |
|   | paul.white@wilsonelser.com |
| 9 | Rebekah Yanni (State Bar No. 310942) |
|   | rebekah.yanni@wilsonelser.com |
| 10 | Wilson Elser Moskowitz |
|   | Edelman & Dicker LLP |
| 11 | 555 South Flower Street, Suite 2900 |
|   | Los Angeles, CA 90071-2407 |
| 12 | Telephone:  (213) 443-5100 |
|   | Facsimile:  (213) 443-5101 |
| 13 | |
| 14 | Attorneys for Defendant |
|   | ARCH INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| POST INVESTMENT GROUP LLC AND POST REAL ESTATE GROUP INC., | | Case No. CV 21-752-GW-PDx |
| | | **ORDER OF DISMISSAL** |
| Plaintiffs, | | Complaint Filed:  January 27, 2021 |
| vs. | | Judge:  Honorable George H. Wu |
| | | Courtroom:  9D, 9th Floor |
| ARCH INSURANCE COMPANY and DOES 1-10, inclusive, | | |
| Defendants. | | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

[PROPOSED] ORDER OF DISMISSAL
Case No. 2:21-cv-00752-GW-PD

1

38974\14453969.1

1   Pursuant to the stipulation of the parties under Federal Rule of Civil
2   Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND
3   HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action,
4   and parties, with each party bearing that party's own attorney's fees and costs. The
5   Clerk is directed to close the file.

8   Dated: November 15, 2021

_____
HON. GEORGE H. WU,
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

[PROPOSED] ORDER OF DISMISSAL
Case No. 2:21-cv-00752-GW-PD

2

38974\14453969.1